UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PEARL L. JOHNSON                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:07CV621 DPJ-FKB

EARL WATKINS, IN HIS CAPACITY AS SUPERINTENDENT
OF JACKSON PUBLIC SCHOOLS DISTRICT                                          DEFENDANT

JURY VERDICT

Question 1:

Do you find that Plaintiff has proven by a preponderance of the evidence that Jackson Public School District retaliated against her for complaining of alleged sexual harassment?

✓ Yes

___ No



If you answered "No" to question 1, then your verdict will be for Defendant.

If you answered "Yes" to question 1, then go on to question 2.

Question 2:

Do you find that Defendant has proven by a preponderance of the evidence that it would have treated Plaintiff the same even if Plaintiff's opposition or complaint had played no role in the employment decisions?

___ Yes

✓ No

If you answered "Yes" to question 2, then your verdict will be for Defendant.

If you answered "No" to question 2, then your verdict will be for Plaintiff and you should go on

to consider Plaintiff's damages, if any.

Damages

We, the jury, award Plaintiff compensatory damages in the amount of $50,000.

This the 9 day of July, 2010.